# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4327

_____

United States of America,      *
    *
       Appellee,      *     Appeal from the United States
    *     District Court for the Eastern
    v.      *     District of Arkansas.
    *
Rogelio Basulto-Campos,      *        [UNPUBLISHED]
    *
       Appellant.      *

_____

Submitted:  February 5, 2001

Filed:  February 7, 2001

_____

Before McMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Rogelio Basulto-Campos conditionally pleaded guilty to illegally reentering the United States after he had been convicted of an aggravated felony and deported.  On appeal, we have reviewed the parties' stipulated facts and conclude the district court did not abuse its discretion in excluding certain evidence and in refusing to give a related jury instruction.  We also reject the arguments raised in Basulto-Campos's pro se brief. Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.